No. 28, Original. DELAWARE ET AL. v. NEW YORK ET AL. The separate motions of the Commonwealths of Kentucky and Pennsylvania, and the States of South Dakota, North Dakota, Oklahoma, Utah, Wyoming, Florida, Iowa, Arkansas, Kansas and West Virginia, for permission to be realigned as plaintiffs, are granted. The motion for leave to file a bill of complaint is denied. The following officials for their respective States on the motions: *Robert Matthews,* Attorney General of Kentucky, and *Holland N. McTyeire,* Assistant Attorney General; *Edward Friedman,* Attorney General of Pennsylvania; *Frank L. Farrar,* Attorney General of South Dakota, and *Walter W. Andre,* Assistant Attorney General; *Helgi Johanneson,* Attorney General of North Dakota, and *Paul M. Sand,* First Assistant Attorney General; *Charles Nesbitt,* Attorney General of Oklahoma; *Phil L. Hansen,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General; *John F. Raper,* Attorney General of Wyoming; *Earl Faircloth,* Attorney General of Florida; *Laurence F. Scalise,* Attorney General of Iowa; *Bruce Bennett,* Attorney General of Arkansas; *Robert C. Londerholm,* Attorney General of Kansas, and *C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General. *David P. Buckson,* Attorney General of Delaware, *Robert G. Dixon, Jr.,* and *James C. Kirby, Jr.,* for plaintiff State of Delaware. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Amy Juviler* and *Brenda Soloff,* Assistant Attorneys General, for defendant State of New York.

No. 114. VACA ET AL. v. SIPES, ADMINISTRATOR. Sup. Ct. Mo. (Certiorari granted, 384 U. S. 969.) Motion of petitioners to remove this case from the summary calendar denied. *David E. Feller* on the motion.